OPINION — AG — ** COUNTY — TAX CERTIFICATE — PURCHASE ** (1) AN INDIVIDUAL MAY 'NOT' ACQUIRE THE COUNTY'S INTEREST IN REAL ESTATE BY PURCHASING A TAX CERTIFICATE AS PROVIDED BY 68 O.S. 24313.1 [68-24313.1] AFTER THE PROPERTY HAS BEEN ADVERTISED FOR RESALE IN ACCORDANCE WITH 68 O.S. 24329 [68-24329] AND 68 O.S. 24331 [68-24331] [68-24331] (2) A PERSON WHO WISHES TO PURCHASE THE COUNTY'S INTEREST IN PROPERTY WHICH WAS NOT SOLD AT A RESALE CAN NOT ACQUIRE A TAX CERTIFICATE ON THE PROPERTY PURSUANT TO 68 O.S. 24313.1 [68-24313.1] BUT MUST SUBMIT A BID PURSUANT TO PROCEDURES SET FORTH IN 68 O.S. 24339 [68-24339] (DEED, DELINQUENT TAXES, SHERIFF SALE, ORIGINAL TAX SALE, TAX RESALE, COUNTY COMMISSIONERS SALE, COUNTY TREASURER, LIENS) CITE: 68 O.S. 24331 [68-24331], 68 O.S. 24333 [68-24333], 68 O.S. 24339 [68-24339] [68-24339], 68 O.S. 24329 [68-24329], 68 O.S. 24323 [68-24323] [68-24323], 68 O.S. 24318 [68-24318], 68 O.S. 24316 [68-24316] [68-24316], 68 O.S. 24313.1 [68-24313.1], 68 O.S. 24313 [68-24313] [68-24313], 68 O.S. 24304 [68-24304], 68 O.S. 24303 [68-24303] [68-24303] (BETTY ELROD HUNTER)